UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAOMI LINDSTROM,<br><br>      Plaintiff,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, an uninsured motorist insurance carrier for Naomi Lindstrom, and a foreign insurance company, and wholly owned subsidiary of LIBERTY MUTUAL, a Massachusetts Corporation,<br><br>      Defendant. | NO: 2:20-CV-0048-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 16).  The motion was submitted for hearing without oral argument.  Having reviewed the file and the records therein, the Court is fully informed.  The parties stipulate that this matter may be dismissed with prejudice and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Stipulated Motion to Dismiss (ECF No. 16) is **GRANTED**.

2. This case is hereby **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

3. All pending hearings and trial are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

DATED September 15, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2